DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**XAUN FLETCHER,**
Appellant,

v.

**KAREN BROOKS FLETCHER,**
Appellee.

No. 4D16-4039

[March 1, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. FMCE 14-7385 (37).

Eduardo J. Mejias of AAA Family Law, LLC, Altamonte Springs, for appellant.

Stuart N. House of Stuart N. House, P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***